HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
hannah_labaree@fd.org

Attorneys for Defendant
CHRISTOPHER LAWRENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER LAWRENCE, Defendant. | Case No. 2:17-cr-228 JAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 27, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Christopher Lawrence, hereby stipulate as follows:

1. This matter was set for a status conference on February 27, 2018.

2. By this stipulation, defendant now moves to continue the status conference until March 27, 2018, and to exclude time between February 27, 2018, and March 27, 2018, under Local Code T4.

3. The parties agree and stipulate, and request the Court to find the following:

    a. The government has produced directly to defense counsel over 200 pages of discovery as well as audio and video recordings.

    b. The government continues to investigate this case, and has additional

-1-

Stipulation and Proposed Order to Continue
Status Conference

1  discovery that it anticipates producing to defense counsel and/ or making available for
2  inspection over the next several weeks.
3       c.    Defense counsel will need time to review this additional discovery, and
4  requires additional time to review the discovery that has previously been produced with
5  her client, pursue further investigation, and discuss potential resolutions with her client.
6       d.    Counsel for defendant believes that failure to grant the above-requested
7  continuance would deny him/her the reasonable time necessary for effective preparation,
8  taking into account the exercise of due diligence.
9       e.    The government does not object to the continuance.
10      f.    Based on the above-stated findings, the ends of justice served by
11 continuing the case as requested outweigh the interest of the public and the defendant in a
12 trial within the original date prescribed by the Speedy Trial Act.
13      g.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
14 § 3161, et seq., within which trial must commence, the time period of February 27, 2018
15 to March 27, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§
16 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by
17 the Court at defendant's request on the basis of the Court's finding that the ends of justice
18 served by taking such action outweigh the best interest of the public and the defendant in
19 a speedy trial.
20 4.   Nothing in this stipulation and order shall preclude a finding that other provisions
21 of the Speedy Trial Act dictate that additional time periods are excludable from the period within
22 which a trial must commence.
23
24 / / /
25 / / /
26
27 / / /
28      IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 20, 2018 | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | *Hannah R. Labaree*<br>HANNAH R. LABAREE |
| 6 | | Assistant Federal Defender<br>Attorney for CHRISTOPHER LAWRENCE |
| 7 | | |
| 8 | DATED: February 20, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| 9 | | |
| 10 | | */s/ Jill Thomas*<br>JILL THOMAS |
| 11 | | Assistant United States Attorney<br>Attorney for Plaintiff |

Stipulation and Proposed Order to Continue
Status Conference

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 27, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the February 27, 2018 status conference shall be continued until March 27, 2018, at 9:15 a.m.

Dated: February 20, 2018       /s/ John A. Mendez_____
                               HON. JOHN A. MENDEZ
                               United States District Court Judge

Stipulation and Proposed Order to Continue Status Conference