McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LAWRENCE,<br><br>Defendant. | CASE NO. 2:17-CR-228 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 27, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 27, 2018.

2. By this stipulation, defendant now moves to continue the status conference until June 12, 2018 at 9:15 a.m., and to exclude time between March 27, 2018, and June 12, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes about 9,400 numbered document pages, photographs, audio recordings, and a video recording. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

       b)     Counsel for defendant desires additional time to conduct investigation and to review related discovery.

       c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 27, 2018 to June 12, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 21, 2018                                McGREGOR W. SCOTT
                                                                           United States Attorney

                                                                           /s/ AMANDA BECK
                                                                           AMANDA BECK
                                                                           Assistant United States Attorney

Dated: March 21, 2018                                /s/ HANNAH LABAREE
                                                                            HANNAH LABAREE
                                                                           Counsel for Defendant
                                                                           CHRISTOPHER LAWRENCE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of March, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE