IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 17-cr-228 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE APPLICATION FOR WRIT OF |
| v. | ) | *HABEAS CORPUS AD TESTIFICANDUM* |
| | ) | |
| CHRISTOPHER RAMONAGUILAR | ) | |
| LAWRENCE, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER**

The application for writ of habeas corpus testificandum is hereby GRANTED. The clerk is directed to issue the attached writ and deliver it to the U.S. Marshal for service.

**IT IS SO ORDERED.**

Dated: August 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-4-