MCGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
QUINN HOCHHALTER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-228 WBS |
| Plaintiff, | **ORDER PURSUANT TO 18 U.S.C. §§ 6002–6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – CRYSTAL RODAS** |
| v. | |
| CHRISTOPHER RAMONAGUILAR LAWRENCE, | |
| Defendant. | |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Crystal Rodas give testimony or provide other information which she refuses to give or to provide information with respect to her knowledge concerning sex trafficking activities involving Christopher Ramonaguilar Lawrence in the above-referenced case, in this case on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Crystal Rodas in any criminal case, except that Crystal Rodas shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

Order re: Immunity and Requiring Testimony      1

FILED AUG 2 2 2019 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: August 22, 2019

HON. WILLIAM B. SHUBB
United States District Judge