MCGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
QUINN HOCHHALTER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

AUG 2 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER RAMONAGUILAR LAWRENCE, <br><br> Defendant. | CASE NO. 2:17-CR-228 WBS <br><br> **ORDER PURSUANT TO 18 U.S.C. §§ 6002–6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – CLAUDIA FLORES LLAMAS** |

NOW, THEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. § 6002, that Claudia Flores Llamas give testimony or provide other information, which she now refuses to give or provide information, with respect to her knowledge concerning sex trafficking activity and the distribution of controlled substances by Christopher Ramonaguilar Lawrence in the above-referenced case, in this case on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Claudia Flores Llamas in any criminal case, except that Claudia Flores Llamas shall not be

Order re: Immunity and Requiring Testimony                1

1  exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or
2  otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18
3  U.S.C. § 6002.
4      IT IS SO ORDERED.
5      DATED: August 23, 2019

                                              HON. WILLIAM B. SHUBB
                                              United States District Judge

Order re: Immunity and Requiring Testimony       2