HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, SBN # 294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER RAMONAGUILAR LAWRENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00228-WBS |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE SENTENCING** |
| vs. | ) |
| | ) Date:  May 18, 2020 |
| CHRISTOPHER RAMONAGUILAR | ) Time: 9:00 a.m. |
| LAWRENCE, | ) Judge: Hon. Kimberly J. Mueller |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney, through Brian Fogerty, Attorney for Plaintiff and Heather Williams, Federal Defender,

through Assistant Federal Defender Hannah Labaree, Attorney for Defendant Christopher

Lawrence, **that the sentencing scheduled for May 18, 2020 may be vacated and continued to**

**June 15, 2020.**  The new date for the sentencing memorandum will be set to June 8, 2020.

The defense requests more time for attorney preparation in light of the restrictions caused

by the COVID-19 pandemic. *See* General Orders 611-617. Communication with Mr. Lawrence

has been hampered in light of health crisis and its effect on counsels' ability to visit the

Sacramento County Jail.  A continuance of the sentencing hearing to June 15, 2020 would

provide enough time for defense counsel to effectively communicate with Mr. Lawrence and

prepare for the sentencing hearing.

1    The government does not object to this continuance.

2    The parties further stipulate that the Reply/non-Opposition to the final Presentence

3    Report is now due June 8, 2020.

4

5    Respectfully submitted,

6    HEATHER E. WILLIAMS
     Federal Defender
7

8    Date: May 12, 2020                    /s/  Hannah Labaree
                                           HANNAH LABAREE
9                                          Assistant Federal Defender

10                                         Attorney for Defendant
11                                         CHRISTOPHER LAWRENCE

12

13   Date: May 12, 2020                    McGREGOR W. SCOTT
                                           United States Attorney
14
                                           /s/Brian Fogerty
15                                         BRIAN FOGERTY
                                           Assistant U.S. Attorney
16                                         Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2          IT IS HEREBY ORDERED, the Court, having received and considered the parties'

3    stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4    its order. The May 18, 2020 sentencing shall be continued until June 15, 2020, at 9:00 a.m.,

5    before District Judge William B. Shubb.  It is FURTHER ORDERED that the Reply/non-

6    Opposition to the final Presentence Report shall be filed on or before June 8, 2020.

7          **IT IS SO ORDERED.**

8

9    **Dated:  May 13, 2020**

10   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28