UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTOPHER RAMONAGUILAR LAWRENCE,<br><br>            Defendant. | No. 2:17-cr-228 WBS<br><br><br>ORDER |

----oo0oo----

The court having read and considered the Memorandum Regarding Early Termination of Supervised Release filed by counsel for defendant (Docket No. 171), and having conferred with the Probation Officer regarding the interpretation of Section 360.20 of the Guide to Judiciary Policy, the judgment pronounced in this matter on July 6, 2020, is hereby modified to impose a term of supervised release of **120 months**, rather than 300 months, and the Clerk in hereby ORDERED to enter the judgment accordingly.

1

1 | Nothing in this order shall be construed to prevent the Probation Officer from recommending early termination of defendant's supervised release at any such time as the Probation Officer may determine that the requisites of Section 360.20 have been satisfied.

IT IS SO ORDERED.

Dated: July 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE