IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER R. LAWRENCE,<br><br>　　　　Defendant, | Case №: 2:17-cr-0228 WBS<br><br>**O R D E R<br>APPOINTING COUNSEL** |

　　　Meredith Fahn is hereby appointed represent the above defendant in this case effective *nunc pro tunc* to September 16, 2020.

　　　This appointment shall remain in effect until further order of this court.

Dated: October 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE