UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER RAMONAGUILAR LAWRENCE,<br><br>　　　　Defendant. | No. 2:17-cr-228 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Christopher Ramonaguilar Lawrence has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 4A1.1(d) & (e). (Docket No. 189.) The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are

1

necessary.

     IT IS SO ORDERED.

Dated: September 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE